

Paul Lucia
89 Lake Meadow Drive
Daly City, CA 94015-3539
March 12, 2011

Claudia Wilken, United States District Judge
Office Of the Clerk. U.S. District Court
Northern District of California
1301 Clay Street
Oakland, California 94612

RE: **REQUEST FOR DISMISSAL WITHOUT PREJUDICE**
    No. C 10-05423

PAUL LUCIA                                    No. C 10-05423 CW
    Plaintiff

v.

Zwicker & Associates, P.C.,
    Defendant
_____/

Dear Judge Wilken,

I, Paul Lucia, Plaintiff, acting in Pro Per, would like to request that this case be dismissed without prejudice. Thank you.

Regards

Paul Lucia

IT IS SO ORDERED:

Claudia Wilken
UNITED STATES DISTRICT JUDGE

1